UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-561-FDW

| | |
|---|---|
| EDWARD EARL BROWN, JR., | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| A. PHILLIPS, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on periodic review of the record. The Clerk of Court will be instructed to correct the Court's docket to reflect the Defendants' full and correct names.

**IT IS ORDERED** that the Clerk of Court is instructed to substitute the parties' names as follows:

**Alejandro Phillips** for "A. Phillips"

**Albert Lambert** for "FNU Lambert"

**Jonathan Baker** for "FNU Baker"

**Angela Rorie** for "FNU Rorie"

**Lisa Martin** for "FNU Martin"

Signed: November 14, 2018

Frank D. Whitney
Chief United States District Judge

1