# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-561-FDW

| | |
|---|---|
| **EDWARD EARL BROWN, JR.,** )<br> )<br> **Plaintiff,** )<br> )<br>vs. )<br> )<br>**ALEJANDRO PHILLIPS, et al.,** )<br> )<br> **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Court-Hosted Settlement Conference. (Doc. No. 103).

This case is presently set for a pretrial conference on October 1, 2019 and for a jury trial in the term beginning November 4, 2019. (Doc. No. 102). The parties now request a court-hosted settlement conference because they believe that such may assist in the resolution of this matter. (Doc. No. 103).

The parties' Motion will be granted and this case will be referred to Magistrate Judge David Cayer for purposes of a Court-Hosted Settlement Conference that will take place on **November 19, 2019** in the Charlotte Courthouse, 401 West Trade Street. The courtroom number and time will be determined at a later date. The parties shall file a Notice, within **20 days** of this Order, informing the Court whether arrangements can be made for the incarcerated Plaintiff to appear at the settlement conference via teleconference.

The Amended Pretrial Order and Case Management Plan, (Doc. No. 102), and Writ of Habeas Corpus ad Testificandum, (Doc. No. 101), will be vacated and will be rescheduled by a

1

separate Order if necessary.

**IT IS THEREFORE ORDERED** that:

1. The Amended Pretrial Order and Case Management Plan, (Doc. No. 102), is **VACATED**.

2. The Writ of Habeas Corpus ad Testificandum, (Doc. No. 101), is **VACATED**.

3. The parties' Joint Motion for Court-Hosted Settlement Conference, (Doc. No. 103), is **GRANTED**.

4. This case is referred to Magistrate Judge Cayer for a Court-Hosted Settlement Conference that will be held on November 19, 2019.

5. The parties shall file a Notice within **20 days** of this Order informing the Court whether arrangements can be made for the incarcerated Plaintiff to appear at the settlement conference via teleconference.

6. **IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail a copy of this Order to all parties, the U.S. Marshal, and the Warden of Maury Correctional Institution, PO Box 506, Maury, NC 28554.

Signed: September 23, 2019

Frank D. Whitney
Chief United States District Judge