UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-561-FDW

| | |
|---|---|
| EDWARD EARL BROWN, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALEJANDRO PHILLIPS, et al., )<br>)<br>Defendants. )<br>_____ ) | **AMENDED ORDER** |

**THIS MATTER** is before the Court *sua sponte* with regards to the trial schedule.

The trial date in this case is being moved up by one day. The parties must be present for docket call and jury selection to take place at **9:00 AM on Monday, March 2, 2020** in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC. The Court's Second Amended Case Management Order, (Doc. No. 111), remains in effect except insofar as the trial will now commence on March 2, 2020 rather than March 3, 2020.

**IT IS SO ORDERED**.

Signed: February 5, 2020

_____
Frank D. Whitney
Chief United States District Judge