UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00561-FDW

| | | |
|---|---|---|
| EDWARD EARL BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ENTRY OF DEFAULT and ORDER |
| | ) | |
| ALEJANDRO PHILLIPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* concerning the status of this case as to Defendant Jonathon Baker. Plaintiff's Motion for Entry of Default (Doc. No. 76) was denied without prejudice (Doc. No. 100); however, upon further review, the Court hereby *sua sponte* reconsiders that Order, finds that Defendant Baker was served (Doc. No. 61), GRANTS the motion, and ENTERS DEFAULT against Defendant Baker.

**Plaintiff is hereby ORDERED to file a Motion for Default Judgment, including an affidavit and any evidentiary support for his request for damages against Defendant Baker in the motion for default judgment. Such motion must be filed no later than March 23, 2020.**

IT IS SO ORDERED.

Signed: March 4, 2020

Frank D. Whitney
Chief United States District Judge