# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Edward Earl Brown Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00561-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Alejandro Phillips, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at Jury Trial and jury verdicts having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 4, 2020 Verdicts.

March 5, 2020

*[signature]*

Frank G. Johns, Clerk
United States District Court