UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00561-FDW

| | |
|---|---|
| EDWARD EARL BROWN, JR., <br><br> Plaintiff, <br><br> vs. <br><br> ALEJANDRO PHILLIPS, et al., <br><br> Defendants. | DEFAULT JUDGMENT |

THIS MATTER is before the Court on Plaintiff's Motion for Default Judgment against Defendant Jonathon Baker (Doc. No. 139), and it appears from the record that:

1. The Complaint in this action was filed on May 31, 2016 (Doc. No. 2).

2. Service of process required by Fed. R. Civ. P. 4 was made on Defendant Baker on September 20, 2018 (Doc. No. 61).

3. Defendant was required to file an answer or other responsive pleading within 21 days after being served under Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Defendant has not filed an answer, responsive pleading, or otherwise appeared in the above captioned action.

5. The time to file an answer, responsive pleading, or otherwise appear has expired as to Defendant.

6. The Clerk entered default against Defendant on March 5, 2020 (Doc. No. 137).

7. Plaintiff seeks damages against Defendant Baker of a sum certain of $20,000.00 evidenced by an Affidavit filed by *pro se* Plaintiff (Doc. No. 139-1, p.1).

NOW THEREFORE, pursuant to Fed R. Civ. P. 55(b), the Court enters judgment against Defendant Jonathon Baker in favor of Plaintiff Edward Earl Brown, Jr., in the amount of $20,000.00.

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 139) is GRANTED. The Clerk of Court is respectfully DIRECTED to close this case.

SO ORDERED.

Signed: March 26, 2020

Frank D. Whitney
Chief United States District Judge